620

408 A.2d 533

Commonwealth v. Pritchett, Appellant.

Submitted October 26, 1978. Thomas B. Kostolansky, Assistant Public Defender, for appellant; Paul M. Petro, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.

408 A.2d 533

Commonwealth v. Teslovich, Appellant.

Submitted October 25, 1978. Lester G. Nauhaus, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.